IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SIMPLEAIR, INC., §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>GOOGLE LLC, §<br>§<br>*Defendant*. § | CIVIL ACTION NO. 2:16-CV-00388-JRG |

## ORDER

Before the Court is Plaintiff SimpleAir, Inc.'s ("SimpleAir") Notice of Withdrawal of Opposition to Google's Motion to Transfer to the Central District of California ("the Notice"). (Dkt. No. 98). In the Notice, SimpleAir withdrew its Opposition to Defendant Google LLC's ("Google") Motion to Dismiss or, in the Alternative, Transfer under 28 U.S.C. § 1406 or 28 U.S.C. § 1404 for Improper Venue ("the Motion to Transfer"). (Dkt. No. 69). Google's Motion to Transfer now stands unopposed.

Consequently, the Court **ORDERS** that the case be transferred to the Central District of California.

**So ORDERED and SIGNED this 4th day of March, 2020.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE